# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| ATLANTIC NATIONAL TRUST, LLC, ) | Civil Action No.: 4:06-1506-TLW-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **ORDER** |
| E. DONALD BAME; TRILOGY, LLC; ) | |
| LOUISE H. BAME; JOHN L. ELLIS; ) | |
| FANNIE G. ELLIS; THE PREMIUM ) | |
| GLASS COMPANY, INC.; G. THOMAS ) | |
| THORNTON; and BETTY L THORNTON; ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| THE PREMIUM GLASS COMPANY, ) | |
| INC.; G. THOMAS THORNTON; and ) | |
| BETTY L. THORNTON; ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| -vs- ) | |
| ) | |
| SOUTHEASTERN MILLWORK ) | |
| COMPANY, a/k/a SOUTHEASTERN ) | |
| MILLWORK CO., INC. and MULLINS ) | |
| DEVELOPMENT, INC.; ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |
| _____ ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In

1

his Report, Magistrate Judge Rogers recommends that Premium Glass Company's Motion for Judgment on the Pleadings be granted, and that Plaintiff's Motion for Summary Judgment be granted. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 129), and Premium Glass Company's Motion for Judgment on the Pleadings is **GRANTED** (Doc. # 93), and Plaintiff's Motion for Summary Judgment is **GRANTED** (Doc. # 102). Premium Glass Company and Plaintiff are hereby given twenty days from the date of this Order to file a motion for a damages hearing, as anticipated by the Report. This case shall then be remanded back to the Magistrate Judge to schedule a hearing for a determination of damages in this matter, and for preparation of a Report and Recommendation as needed.

**IT IS SO ORDERED.**

                                              s/ Terry L. Wooten
                                              **TERRY L. WOOTEN**
                                              **UNITED STATES DISTRICT JUDGE**

January 11, 2008
Florence, South Carolina